## WILBUR v. NORTON.

*Appeal from Marshall District Court—Thursday, July 25.*

REPLEVIN for a horse. Judgment for defendant, which was affirmed by this court as being sustained by the evidence. No questions of law were discussed. BECK, Ch. J. delivered the opinion.

*Brown, Wyllis & Williams* for the appellant —*Bradley & Caswell* for the appellee.